**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONEL FARR,**

          **Plaintiff,**

**-vs-**                                             **Case No. 6:07-cv-829-Orl-28KRS**

**MANAGEINN, INC., K.J. NANA,**

          **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the "Response" filed by Defendant K.J. Nana, doc. no. 8, and the Motion to Strike Answer of Defendant Manageinn, Inc., filed by Plaintiff Ronal Farr, doc. no. 9.

Nana filed a document entitled "Response" which the Clerk of Court docketed as an answer on Nana's behalf. Doc. No. 8. Plaintiff Ronal Farr now moves to strike the answer to the extent it purports to answer on behalf of Defendant Manageinn, Inc.

Pursuant to Local Rule 2.03(e), a corporation can only appear and be heard through counsel of record who is a member of the bar of this Court. Accordingly, Nana may not file an answer on behalf of the corporation. Therefore, the Motion to Strike Answer of Defendant Manageinn, Inc., doc. no. 9, is **GRANTED** and the Clerk of Court is directed to reflect that the document filed at docket number 8 is an answer on behalf of only Nana, individually.

It is **ORDERED** that Manageinn, Inc. shall file a response to the complaint on or before July 6, 2007, through an attorney who is admitted to practice in this Court.  Failure to do so may result in entry of a default against Manageinn, Inc., which would preclude it from defending itself in this case.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties