UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONEL FARR,

          Plaintiff,

-vs-                                      Case No. 6:07-cv-829-Orl-28KRS

MANAGEINN, INC., K. J. NANA,

          Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 20) filed December 3, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 4, 2008 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 20) is **GRANTED in part** and **DENIED in part.**

    3.    Default Judgment is entered against Defendants on Plaintiff's claim for violation of the overtime provisions of the FLSA.

4.  Defendants are ordered, jointly and severally, to pay Plaintiff damages in the amount of $4,500.00, attorney's fees in the amount of $2,875.00, and costs in the amount of $450.00.

5.  The Clerk is directed to issue a judgment consistent with the rulings in this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party